UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ARTHUR D. PRINGLE III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:09-CV-022RM |
| | ) |
| MARISA GARCIA; SERGIO E. GARCIA; | ) |
| KERUSSO KONSTRUCTION KOMPANY | ) |
| LLC; KERUSSO REAL ESTATE LLC; | ) |
| REHAB LENDING TREE, LLC; | ) |
| KERUSSO REAL ESTATE; | ) |
| KERUSSO ASSET MANAGEMENT LLC, | ) |
| | ) |
| Defendants. | ) |

**Plaintiff's Motion to Strike Affirmative Defenses**

Plaintiff, Arthur D. Pringle III ("Pringle"), by counsel, moves the Court pursuant to Fed. R. Civ. P. 12(f) to strike certain affirmative defenses contained in Defendants' Answer to Plaintiff's First Amended Complaint, and in support of this motion, Pringle states the following:

1. On February 29, 2003, Pringle filed its First Amended Complaint.

2. In Defendants' Answer to Plaintiff's First Amended Complaint, Defendants affirmative defenses 3, 4, 5, 6 and 8 stated,

    - Plaintiff's claim is barred due to lack of consideration.

    - Plaintiff's claim is barred based upon the doctrine of laches.

    - Plaintiff has failed to state a claim upon which relief can be granted in accordance with Fed. R. Civ. P. 12(b).

    - The Plaintiff does not have a perfected security interest in the alleged collateral.

1

- The actions of the Plaintiff have impaired the Defendants' guaranty.

3. In support of this motion, Pringle provides a brief pursuant to L.R. 7.1(b).

WHEREFORE, pursuant to Fed. R. Civ. R. 12(f), Pringle respectfully requests that this Court strike affirmative defenses 3, 4, 5, 6 and 8 set forth in the Defendants' Answer to Plaintiff's First Amended Complaint and for all other just and appropriate relief.

>Respectfully submitted,
>KORANSKY & BOUWER, P.C.
>
>BY:      /s/ Greg A. Bouwer
>GREG A. BOUWER (#16368-53)
>425 Joliet Street, Suite 425
>Dyer, Indiana 46311
>(219) 865-6700

### CERTIFICATE OF SERVICE

I certify that on the 20th day April, 2009 service of a true and correct copy of the above and foregoing pleading was made upon each party or attorney of record either via email notification or depositing in envelopes properly addressed to each of them and with sufficient first class postage affixed.

>KORANSKY & BOUWER, P.C.
>
>     /s/ Greg A. Bouwer

Service to:
Gordon E Gouveia
Gouveia & Associates
433 W 84th Drive
Merrillville, IN 46410