IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ARTHUR D. PRINGLE III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.:  2:09-CV-022RM |
| | ) |
| MARISA GARCIA; ALPHA & OMEGA REAL ESTATE, LLC; GRACIELA BARAJAS; JOSE BARAJAS; ARTEMIO CARRENO; ALFREDO DEANDA; ELLIE DEANDA; ELVA GARCIA; MANNUEL GARCIA; MIGUEL GARCIA; SERGIO GARCIA, II; SERGIO E. GARCIA; TOMASA GARCIA; IHB REAL ESTATE, LLC; JESSE'S CONSTRUCTION, LLC; KRE, LLC; KERUSSO ASSET MANAGEMENT, LLC; KERUSSO KONSTRUCTION KOMPANY, LLC; KERUSSO REAL ESTATE, LLC; CINDY LYONS; REO OUTLET, LLC; REAL ESTATE EXPRESS, LLC; REHAB LENDING TREE, LLC; RENTAL SOLUTION MANAGEMENT, LLC; HECTOR RODRIGUEZ; STEEMMM REAL ESTATE, LLC and JOE WITTIG, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS BY DEFENDANTS SERGIO GARCIA II, ELVA GARCIA, TOMASA GARCIA, HECTOR RODRIGUEZ, JOSE BARAJAS, GRACIELA BARAJAS, STEEMMM REAL ESTATE LLC, ALPHA & OMEGA REAL ESTATE LLC, REO OUTLET LLC, JESSE'S CONSTRUCTION LLC, AND IHB REAL ESTATE LLC**

Defendants, Sergio Garcia II, Elva Garcia, Tomasa Garcia, Hector Rodriguez, Jose Barajas, Graciela Barajas, Steemmm Real Estate LLC, Alpha & Omega Real Estate LLC, REO Outlet LLC, Jesse's Construction LLC, and IHB Real Estate LLC, (hereinafter collectively "the Garcia II Defendants"), by their attorneys Anne M. Coatsolonia and David M. Blaskovich of Woodward, Buls, Blaskovich & King, LLP, move pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the plaintiff's Second Amended Complaint because it fails to state

a claim upon which relief can be granted as to these defendants. In support of this motion, defendants state as follows:

1. On May 13, 2011, the plaintiff, Arthur D. Pringle, III ("Pringle"), filed his Second Amended Complaint, which added the above-referenced Garcia II Defendants, as well as several other defendants, to this cause of action.

2. The Garcia II Defendants collectively file as their responsive pleading to that Second Amended Complaint this Motion to Dismiss, relying on Federal Rule of Civil Procedure 12(b)(6), as well as the pleading standards under Rules 8 and 9.

3. The Garcia II Defendants file their Memorandum in Support of this Motion to Dismiss contemporaneously with this Motion and ask that the court consider the arguments therein.

WHEREFORE defendants, Sergio Garcia II, Elva Garcia, Tomasa Garcia, Hector Rodriguez, Jose Barajas, Graciela Barajas, Steemmm Real Estate LLC, Alpha & Omega Real Estate LLC, REO Outlet LLC, Jesse's Construction LLC, and IHB Real Estate LLC, request an order dismissing the plaintiff's Second Amended Complaint, Counts IV and V, for failing to state a claim as to these defendants, and for all other relief deemed appropriate under the circumstances.

    Respectfully submitted,
    WOODWARD, BULS, BLASKOVICH & KING, LLP

    By:    /s/ Anne M. Coatsolonia
        Anne M. Coatsolonia, Attorney No. 27719-64
        David M. Blaskovich, Attorney No. 19757-45
        9223 Broadway, Suite A
        Merrillville, IN 46410
        (219) 736-9990
        Fax: (219) 736-9991

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned did, this day, electronically file the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gordon E. Gouveia
gm6020@aol.com

Greg A. Bouwer
GBouwer@kblegal.net

John Edward Hughes
jhughes@hwelaw.com

Dated this 18th day of July, 2011.

/s/ Anne M. Coatsolonia
Anne M. Coatsolonia