IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ARTHUR D. PRINGLE III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 2:09-CV-022RM |
| ) | |
| MARISA GARCIA; ALPHA & OMEGA REAL ) | |
| ESTATE, LLC; GRACIELA BARAJAS; JOSE ) | |
| BARAJAS; ARTEMIO CARRENO; ALFREDO ) | |
| DEANDA; ELLIE DEANDA; ELVA GARCIA; ) | |
| MANNUEL GARCIA; MIGUEL GARCIA; ) | |
| SERGIO GARCIA, II; SERGIO E. GARCIA; ) | |
| TOMASA GARCIA; IHB REAL ESTATE, LLC; ) | |
| JESSE'S CONSTRUCTION, LLC; KRE, LLC; ) | |
| KERUSSO ASSET MANAGEMENT, LLC; ) | |
| KERUSSO KONSTRUCTION KOMPANY, LLC; ) | |
| KERUSSO REAL ESTATE, LLC; CINDY ) | |
| LYONS; REO OUTLET, LLC; REAL ESTATE ) | |
| EXPRESS, LLC; REHAB LENDING TREE, LLC; ) | |
| RENTAL SOLUTION MANAGEMENT, LLC; ) | |
| HECTOR RODRIGUEZ; STEEMMM REAL ) | |
| ESTATE, LLC and JOE WITTIG, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO STRIKE UNDER RULE 12(f) AND 10(c)**

The defendants, Sergio Garcia II, Elva Garcia, Tomasa Garcia, Hector Rodriguez, Jose Barajas, Graciela Barajas, Steemmm Real Estate LLC, Alpha & Omega Real Estate LLC, REO Outlet LLC, Jesse's Construction LLC, and IHB Real Estate LLC, (hereinafter, "the Garcia II Defendants"), by their attorneys Anne M. Coatsolonia and David M. Blaskovich of Woodward, Buls, Blaskovich & King, LLP, submit the following Motion to Strike Under Rules 12(f) and 10(c) which is supported by the Memorandum in Support of Motion to Strike Under Rule 12(f) and 10(c) filed contemporaneously:

1

1. The plaintiff, Arthur D. Pringle, ("Pringle"), filed his Second Amended Complaint on May 13, 2011. (See DE 60.)

2. Pringle also filed numerous exhibits, labeled Exhibits A through MM contemporaneously with his Second Amended Complaint. (See DE 60-1 through 60-15.)

3. One exhibit in particular, Exhibit MM, does not comport with the Federal Rule of Civil Procedure 10(c).

4. The above-named defendants ask the court to strike Exhibit MM from the pleadings of this matter under Federal Rule of Civil Procedure 12(f).

5. In support of this motion, the Garcia II Defendants file their Memorandum in Support of Motion to Strike Exhibit Under Rules 12(f) and 10(c) for the court's consideration.

WHEREFORE, the Garcia II Defendants request that the court strike Exhibit MM submitted as an attachment to the pleadings by the plaintiff, Pringle, because the exhibit violates Rule 10(c), and that the court consider only such evidence submitted which is admissible in its determination on the Motion to Dismiss filed by same defendants contemporaneously with this Motion and its Memorandum in Support.

Respectfully submitted,
WOODWARD, BULS, BLASKOVICH & KING, LLP

By: /s/ Anne M. Coatsolonia
Anne M. Coatsolonia, Attorney No. 27719-64
David M. Blaskovich, Attorney No. 19757-45
9223 Broadway, Suite A
Merrillville, IN 46410
(219) 736-9990
Fax: (219) 736-9991

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that the undersigned did, this day, electronically file the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gordon E. Gouveia
gm6020@aol.com

Greg A. Bouwer
GBouwer@kblegal.net

John Edward Hughes
jhughes@hwelaw.com

Dated this 18th day of July, 2011.

/s/ Anne M. Coatsolonia
Anne M. Coatsolonia