UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ARTHUR D. PRINGLE III | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 2:09-CV-022-PPS-PRC |
| | ) | |
| MARISA GARCIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS DEFENDANTS,
ELVA GARCIA AND ALPHA & OMEGA REAL ESTATE LLC**

Defendants, Elva Garcia and Alpha & Omega Real Estate LLC, (hereinafter the "Garcia II Defendants"), by their attorneys David M. Blaskovich and Anne M. Coatsolonia of Woodward, Buls, Blaskovich & King, LLP, move pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the plaintiff's Third Amended Complaint because it fails to state a claim upon which relief can be granted as to these defendants. In support of this motion, these Defendants state as follows:

1. On February 24, 2012, the plaintiff, Arthur D. Pringle, III ("Pringle"), filed his Third Amended Complaint, which named only two of the original eleven "Garcia II Defendants" that were represented by undersigned counsel after the filing of Pringle's Second Amended Complaint in this matter.

2. Because service on the remaining Garcia II Defendants was not executed until March 22, 2012, their responsive pleading is due on or before April 9, 2012, and, thus, this motion is timely filed.

3. The remaining Garcia II Defendants file as their responsive pleading to that Third Amended Complaint this Motion to Dismiss, relying on Federal Rule of Civil Procedure 12(b)(6), as well as the pleading standards under Rules 8 and 9.

4. The remaining Garcia II Defendants file their Memorandum in Support of this Motion to Dismiss contemporaneously with this Motion and ask that the court consider the arguments therein.

WHEREFORE defendants, Elva Garcia and Alpha & Omega Real Estate LLC, request an order dismissing with prejudice the plaintiff's Third Amended Complaint, Counts IV, VI, and VII, for failing to state a claim as to these defendants, and for all other relief deemed appropriate under the circumstances.

Respectfully submitted,

/s/Anne M. Coatsolonia
Anne M. Coatsolonia
Attorney No. 27719-64
David M. Blaskovich
Attorney No. 19757-45
9223 Broadway, Suite A
Merrillville, Indiana 46410
Tel. (219) 736-9990
acoatsolonia@wbbklaw.com
Woodward, Buls, Blaskovich & King, LLP
Attorneys for Defendants, Elva Garcia and Alpha & Omega Real Estate LLC

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that the undersigned did, this day, electronically file the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gordon E. Gouveia gm6020@aol.com
Greg A. Bouwer GBouwer@kblegal.net
John Edward Hughes jhughes@hwelaw.com

Dated this 6th day of April, 2012.

/s/ Anne M. Coatsolonia
Anne M. Coatsolonia

2